

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-19-00224-CR

_____

JEFFERY WADE GORDON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 369th District Court
Cherokee County, Texas
Trial Court No. 20946

Before Morriss, C.J., Burgess and Stevens, JJ.

ORDER

Our review of volumes one and two of the clerk's record in this case indicates that they contain "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a driver's license number, passport number, social security number, tax identification number or similar government-issued personal identification number." TEX. R. APP. P. 9.10(a)(1). Volumes one and two of the clerk's record include social security numbers. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(g) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(g). Therefore, because volumes one and two of the clerk's record contain sensitive data, we order the clerk of this Court or her appointee, in accordance with Rule 9.10(g), to seal volumes one and two of the electronically filed clerk's record in this case.

IT IS SO ORDERED.

BY THE COURT

Date: April 16, 2020